UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 04 2014 PH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s): KENNETH CROWELL, BERNICE BRANCH

v.

Defendant(s): CITY OF CHICAGO, Et Al, DONALD BRANCH

Case No: 14C565

Judge: THOMAS M. DURKIN

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, DONALD W. BRANCH, declare that I am the (check appropriate box)
   ☐ plaintiff ☒ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   ACCESS LIVING (312) 226-5900 * FOOD STORE NUMBER
   ASSOCIATION HOUSE OF CHICAGO (773) 772-7170 * NOT A LEGAL SERVICE
   AIDS LEGAL COUNCIL OF CHICAGO (312) 427-8990 * DO NOT HANDLE CIVIL CASES
   AMERICAN JEWISH CONG. LEGAL CLINIC (312) 332-7355 * WRONG NUMBER (US BANK)
   but I have been unable to find an attorney because:
   OF MY FINANCIAL SITUATION DUE TO UNEMPLOYMENT AND THE OFFICES THAT I CONTACTED DO NOT HANDLE CIVIL MATTERS OF THIS NATURE.

3. I declare that (check all that apply):
   (Now:)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

- ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

- ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school  ☐ Some high school  ☐ High school graduate

   ☒ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☒ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  
Movant's Signature

Street Address: 325 W. 106🇵🇱 CHGO. IL 60628

Date: 12 MARCH 14

City, State, Zip: CHICAGO, IL 60628

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

_(table crossed out with large X)_