FILED
APR 04 2014 PH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Donald Branch
(Please print)

STREET ADDRESS: 325 W. 106 PL

CITY/STATE/ZIP: Chicago IL. 60628

PHONE NUMBER: 773-822-1415

CASE NUMBER: 14 C 565

Signature

Date: 12 March 14

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

DBRANCH1970@YAHOO.COM
E-Mail Address