### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Kenneth Crowell, et al | ) ) ) | Case No: 14 C 565 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| City of Chicago, et al | ) ) ) ) |  |

### ORDER

Defendant Donald W. Branch's motion for attorney representation and application to proceed in forma pauperis are granted. (31, 32) This Court hereby recruits attorney Anna-Katrina S. Christakis, Pilgrim Christakis LLP., 53 W. Jackson Blvd, Ste. 1515, Chicago, IL 60604, 312-939-6580 to assist defendant.

Date:  4/9/14                                             /s/ Thomas M. Durkin