# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 14cv565

Kenneth Crowell and Bernice Branch,
      Plaintiffs

vs.

Donald Branch and Anton White
      Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DONALD BRANCH

| | |
|---|---|
| **NAME** (Type or print) <br> Jeffrey D. Pilgrim | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey D. Pilgrim | |
| **FIRM** <br> Pilgrim Christakis LLP | |
| **STREET ADDRESS** <br> 53 West Jackson Boulevard, Suite 1515 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois  60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270435 | **TELEPHONE NUMBER** <br> (312)939-0923 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |